UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARVIN A. WILLIAMS,

       Plaintiff,

v.                                              3:07cv488-WS

WENDELL HALL et al.,

       Defendants.

_____

ORDER DENYING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

       Before the court is the magistrate judge's report and recommendation (doc. 31) docketed March 2, 2009.  The magistrate judge recommends that the defendants' motion for summary judgment be denied.  No objections to the magistrate judge's report and recommendation have been filed.

       The court having considered the record, it is ORDERED:

       1.  The magistrate judge's report and recommendation (doc. 31) is ADOPTED and incorporated by reference into this order.

       2.  The defendants' motion for summary judgment (doc. 22) is DENIED.

       3.  The clerk shall return the file to the magistrate judge for further proceedings.

DONE AND ORDERED this ___3rd___ day of ___April___, 2009.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE